STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
California Bar No. 149883
     Federal Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-6166
     Facsimile:  (213) 894-7177
     E-mail: Steven.Welk@usdoj.gov

Attorneys for Plaintiff
United States of America

JS-6

FILED
CLERK, U.S. DISTRICT COURT

OCT - 4 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CV 14-4648 GAF (AGRx) |
| Plaintiff, | ) |
| vs. | ) [PROPOSED] JUDGMENT |
| | ) |
| $11,052.00 IN U.S. CURRENCY, | ) |
| Defendant. | ) |

        Pursuant to the Court's Order granting Plaintiff's Cross-
Motion for Summary Judgment, IT IS HEREBY ORDERED, ADJUDGED AND
DECREED that:

1.    Plaintiff United States of America shall have judgment against the defendant $11,052.00 in U.S. Currency.  The defendant is condemned and forfeited to the United States of America, which shall dispose of the defendant in the manner provided by law.

2.    The Court finds that there was reasonable cause for the seizure of the defendant and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: _____10/2_____, 2014

_____
THE HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE

Presented by:

STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division


_____/s/ Steven R. Welk_____
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

Attorneys for Plaintiff
United States of America